IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JASON DAVID OETTER,<br>                Defendant. | **8:19-CR-230**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Dismiss, Filing 56, seeking dismissal of the defendant's Petition for Warrant or Summons for Offender Under Supervision, Filing 52. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 56, is granted, and the Petition for Warrant or Summons for Offender Under Supervision, Filing 52, is dismissed. The defendant remains on supervised release under the same terms and conditions as previously imposed.

Dated this 18th day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge